■ In the Matter of PARKS COUNCIL et al., Appellants, v CITY OF NEW YORK et al., Respondents, and YMCA OF GREATER NEW YORK, INC., Intervenor-Respondent.—Judgment, Supreme Court, New York County (Ira Gammerman, J.), entered March 28, 1990, unanimously affirmed for the reasons stated by Ira Gammerman, J., without costs. No opinion. Concur—Murphy, P. J., Sullivan, Ellerin and Rubin, JJ.